BENONI J. NIGHTENGALE, Respondent, v. BYRON PRODUCE CORPORATION, Appellant, Impleaded with Another, Defendant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that there is insufficient proof (1) that defendant furnished to plaintiff Omolene in such condition that it was likely to poison animals which

ate it; or (2) that the death of plaintiff's horses was caused by poisonous Omolene. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.